UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILIANA COBOS, | § |
| Plaintiff, | § § § |
| vs. | §    CIVIL ACTION NO. H-13-02897 |
| JOHN KERRY, SECRETARY OF STATE, | § § § |
| Defendant. | § § |

## FINAL JUDGMENT GRANTING DECLARATORY JUDGMENT

The court held a bench trial in this case from June 24, 2015 to June 25, 2015. Based on the testimony of the witnesses, the documents admitted into evidence, and the applicable law, the court found and concluded that the plaintiff, Liliana Cobos, met her burden of proving by a preponderance of the evidence that she is a United States citizen. The court enters a declaratory judgment that Liliana Cobos is a citizen of the United States by birth in this country and is entitled to a United States passport.

This is a final judgment.

Signed at Houston, Texas on June 30, 2015.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE